B6A (Official Form 6A) (12/07)

In re  **Darrell Dewayne McFarland**                    Case No.  <u>**11-31961**</u>
     **Ozella Ricks McFarland**                                             (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| principal residence<br>12018 Nector Grove | Homestead | C | $144,853.00 | $148,130.28 |
| | | Total: | $144,853.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Darrell Dewayne McFarland**
      **Ozella Ricks McFarland**

Case No.  **11-31961**
              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | C | $65.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America checking acct | C | $5.00 |
| | | Woodforest National Bank checking account | C | $1,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | sofas, loveseats, televisions, dvd player, computer with printer, videogame system, coffee tables, end tables, kitchen table and chairs, dining room table with chairs, china cabinet, refrigerator, freezer, microwave, dishwasher, stove, washing machine, clothes dryer, flatware, dishes, pots, pans, beds, dressers, nightstands, lamps, telephones, lawn mower and yard tools | C | $1,875.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, pictures, dvds | C | $400.00 |
| 6. Wearing apparel. | | clothing and shoes for entire family | C | $2,100.00 |
| 7. Furs and jewelry. | | rings and watches | C | $400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | camera | C | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darrell Dewayne McFarland**                          Case No.  **11-31961** _____
       **Ozella Ricks McFarland**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | husband's 401 k | C | $5,100.00 |
| | | wife's 401 k (403 b) | C | $6,700.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darrell Dewayne McFarland**                                    Case No.  <u>**11-31961**</u>
      **Ozella Ricks McFarland**                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darrell Dewayne McFarland**                                   Case No.  **11-31961** _____
       **Ozella Ricks McFarland**                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Chrysler 300 | C | $15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darrell Dewayne McFarland**                          Case No.   **11-31961**
      **Ozella Ricks McFarland**                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | **Total >** | **$33,345.00** |

                                                     4       continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Darrell Dewayne McFarland**                            Case No.   __**11-31961**_____
     **Ozella Ricks McFarland**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                              $146,450.*

☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| principal residence 12018 Nector Grove | 11 U.S.C. § 522(d)(1) | $0.00 | $144,853.00 |
| cash | 11 U.S.C. § 522(d)(5) | $65.00 | $65.00 |
| Bank of America checking acct | 11 U.S.C. § 522(d)(5) | $5.00 | $5.00 |
| Woodforest National Bank checking account | 11 U.S.C. § 522(d)(5) | $1,500.00 | $1,500.00 |
| sofas, loveseats, televisions, dvd player, computer with printer, videogame system, coffee tables, end tables, kitchen table and chairs, dining room table with chairs, china cabinet, refrigerator, freezer, microwave, dishwasher, stove, washing machine, clothes dryer, flatware, dishes, pots, pans, beds, dressers, nightstands, lamps, telephones, lawn mower and yard tools | 11 U.S.C. § 522(d)(3) | $1,875.00 | $1,875.00 |
| books, pictures, dvds | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| clothing and shoes for entire family | 11 U.S.C. § 522(d)(3) | $2,100.00 | $2,100.00 |
| rings and watches | 11 U.S.C. § 522(d)(4) | $400.00 | $400.00 |
| camera | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| husband's 401 k | 11 U.S.C. § 522(d)(10)(E) | $5,100.00 | $5,100.00 |
| wife's 401 k (403 b) | 11 U.S.C. § 522(d)(10)(E) | $6,700.00 | $6,700.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$18,345.00** | **$163,198.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Darrell Dewayne McFarland**　　　　　　　　　Case No.　**11-31961**
　　　　**Ozella Ricks McFarland**　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2006 Chrysler 300 | 11 U.S.C. § 522(d)(2) | $0.00 | $15,000.00 |
| | | **$18,345.00** | **$178,198.00** |

B6D (Official Form 6D) (12/07)

In re  **Darrell Dewayne McFarland**                                        Case No.  **11-31961**
       **Ozella Ricks McFarland**                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Blackhawk (Houston) Homeowners Asso**<br>**Treece Law Firm**<br>**1020 Bay Area Blvd Ste. 200**<br>**Houston, TX 77058** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**HOA Fees**<br>COLLATERAL:<br>**12018 Nectar Grove Court**<br>REMARKS:<br><br><br>VALUE:      **$144,853.00** | | | | **$2,440.28** | |
| ACCT #: **xxxxx6030**<br><br>**Conns Credit Corp**<br>**3295 College St**<br>**Beaumont, TX 77701** | | C | DATE INCURRED: **07/2005**<br>NATURE OF LIEN:<br>**Secured**<br>COLLATERAL:<br>**appliances**<br>REMARKS:<br><br><br>VALUE:      **$300.00** | | | | **$264.00** | |
| ACCT #: **xxxxxxxxxxxx1000**<br><br>**Santander Consumer Usa**<br>**8585 N Stemmons Fwy Ste**<br>**Dallas, TX 75247** | | C | DATE INCURRED: **11/06/2010**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**Chrysler 300**<br>REMARKS:<br><br><br>VALUE:      **$14,300.00** | | | | **$15,757.00** | **$1,457.00** |
| ACCT #: **xxxxxxxx9849**<br><br>**Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | C | DATE INCURRED: **08/2003**<br>NATURE OF LIEN:<br>**FHA Real Estate Mortgage**<br>COLLATERAL:<br>**12018 Nectar Grove Court**<br>REMARKS:<br><br><br>VALUE:      **$144,853.00** | | | | **$145,690.00** | **$837.00** |
| | | | Subtotal (Total of this Page) > | | | | **$164,151.28** | **$2,294.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**1**_____continuation sheets attached

                                                               (Report also on Summary of Schedules.)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Darrell Dewayne McFarland**
     **Ozella Ricks McFarland**

Case No.  **11-31961**
                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCT #: xxxxxxxxx9849**<br><br>**Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | C | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**12018 Nectar Grove Court**<br>REMARKS:<br><br>VALUE:       **$16,000.00** | | | | **$16,000.00** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$16,000.00** | **$0.00** |
| Total (Use only on last page) > | **$180,151.28** | **$2,294.00** |

Subtotal (Total of this Page) >  **$16,000.00**  **$0.00**

Total (Use only on last page) >  **$180,151.28**  **$2,294.00**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Darrell Dewayne McFarland**                                    Case No.  **11-31961**
      **Ozella Ricks McFarland**                                                               (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____ continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Darrell Dewayne McFarland**                                    Case No.   **11-31961**
       **Ozella Ricks McFarland**                                                                  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Angel Washington**<br>**5514 Griggs Rd**<br>**Houston, TX 77021** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**DSO obligation**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____2____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/10) - Cont.

In re  **Darrell Dewayne McFarland**                                Case No.  **11-31961**
       **Ozella Ricks McFarland**                                              (If Known)

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Law Office of P.J. Franklin, P.C.**<br>**7322 Southwest Freeway Ste. 700**<br>**Houston, TX 77074** | | C | DATE INCURRED: **02/28/2011**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$3,500.00** | **$3,500.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$3,500.00** | **$3,500.00** | **$0.00** |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$3,500.00** | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$3,500.00** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re  **Darrell Dewayne McFarland**          Case No.   **11-31961**
**Ozella Ricks McFarland**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Ace** <br> **10994 Fuqua St** <br> **Houston, TX 77089** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **loan** <br> REMARKS: | | | | $924.79 |
| ACCT #: **xxxx1991** <br> **Arrow Financial Services** <br> **5996 W Touhy Ave** <br> **Niles, IL 60714** | | C | DATE INCURRED: **01/2009** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: | | | | $633.00 |
| ACCT #: <br> **Barrett Daffin Frappier Turner & Engel** <br> **15000 Surveyor Blvd, Ste. 100** <br> **Addison, TX 75001** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx4600** <br> **Cac Financial Corp** <br> **2601 Nw Expwy** <br> **Oklahoma City, OK 73112** | | C | DATE INCURRED: **10/2010** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: | | | | $12.00 |
| ACCT #: **xxxxxxxxxxxx2326** <br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **PO Box 5155** <br> **Norcross, GA 30091** | | C | DATE INCURRED: **02/2004** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1,087.00 |
| ACCT #: <br> **CBE Group** <br> **1309 Technology Pkwy** <br> **Cedar Falls, IA 50613** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Dish Network** <br> REMARKS: | | | | $611.45 |
| | | | | | | Subtotal > | $3,268.24 |
| | | | | | | Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**5**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrell Dewayne McFarland**　　　　　　　　　　Case No. **11-31961**
　　　**Ozella Ricks McFarland**　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxxxxxxxxx1005**<br>**Chela**<br>**Attn: Bankruptcy**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | C | DATE INCURRED: **10/2005**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $2,762.00 |
| ACCT #: **xxxxxxxxxxxx2311**<br>**Citi Financial Mortgage**<br>**Attention:  Bankruptcy Department**<br>**PO Box 140069**<br>**Irving, TX 75014** | | C | DATE INCURRED: **06/15/2005**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $2,122.00 |
| ACCT #: **xxxx3606**<br>**Collection**<br>**CCS**<br>**PO Box 709**<br>**Needham, MA 02494** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $203.00 |
| ACCT #: **xxxxx8430**<br>**Conns Credit Corp**<br>**3295 College St**<br>**Beaumont, TX 77701** | | C | DATE INCURRED: **04/2006**<br>CONSIDERATION:<br>**Secured**<br>REMARKS: | | | | $579.00 |
| ACCT #: **xxx3349**<br>**Diversified**<br>**P O Box 551268**<br>**Jacksonville, FL 32255** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $673.00 |
| ACCT #:<br>**EZ Loan**<br>**12260 Gulf Freeway**<br>**Houston, TX 77034** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | $1,070.94 |

Sheet no. ___1___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　Subtotal >　　$7,409.94

　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrell Dewayne McFarland**      Case No. **11-31961**
**Ozella Ricks McFarland**                        _____
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**First Cash Advance**<br>**11460 Fuqua Ave. Ste. 200**<br>**Houston, TX** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx0896**<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | C | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$380.00** |
| ACCT #:<br>**Flexi**<br>**510 Compass**<br>**Gulfgate Center Mall**<br>**Houston, TX 77087** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx0739**<br>**Midland Credit Management**<br>**PO Box 939019**<br>**San Diego, CA 92193** | | C | DATE INCURRED:  **07/2010**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$1,497.00** |
| ACCT #:  **xxxxxx5532**<br>**Midland Credit Management**<br>**PO Box 939019**<br>**San Diego, CA 92193** | | C | DATE INCURRED:  **01/2010**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$1,266.00** |
| ACCT #:  **xxxxxx1470**<br>**Midland Credit Management**<br>**PO Box 939019**<br>**San Diego, CA 92193** | | C | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$528.00** |

Sheet no. ___**2**___ of ___**5**___ continuation sheets attached to       Subtotal >      **$3,671.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrell Dewayne McFarland**          Case No.  **11-31961**
      **Ozella Ricks McFarland**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx2234**<br>**Nco Fin /02**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED:  **09/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$64.00** |
| ACCT #:  **xxxx8463**<br>**Nco Fin/09**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$683.00** |
| ACCT #:  **xxxx3371**<br>**Nco Fin/09**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED:  **04/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$200.00** |
| ACCT #:  **xxxx6019**<br>**Nco Fin/38**<br>**Po Box 13564**<br>**Philadelphia, PA 19101** | | C | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$164.00** |
| ACCT #:  **xx0382**<br>**Network Coll**<br>**9894 Bissonnet**<br>**Houston, TX 77036** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$114.00** |
| ACCT #:  **xxxxxxx9001**<br>**Nuvell Credt**<br>**Po Box 380901**<br>**Bloomington, MN 55438** | | C | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | **$7,926.00** |

Sheet no. ____**3**____ of _____**5**_____ continuation sheets attached to              **Subtotal >**      **$9,151.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrell Dewayne McFarland**                    Case No.  **11-31961**
       **Ozella Ricks McFarland**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx6387**<br>**Ofc Of Student Fin**<br>**1885 Wooddale Blvd**<br>**Baton Rouge, LA 70806** | | C | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$2,187.00** |
| ACCT #:  **xxxxxxx6387**<br>**Ofc Of Student Fin**<br>**1885 Wooddale Blvd**<br>**Baton Rouge, LA 70806** | | C | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$1,666.00** |
| ACCT #:<br>**Okinus Credit Solutions**<br>**P.O. Box 691**<br>**157 W. Railroad St.**<br>**South Pelham, GA 31779** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx9252**<br>**Payliance**<br>**3 Easton Oval Ste 210**<br>**Columbus, OH 43219** | | C | DATE INCURRED:  **02/2009**<br>CONSIDERATION:<br>**Returned Check**<br>REMARKS: | | | | **$45.00** |
| ACCT #:  **xx3607**<br>**Payliance**<br>**3 Easton Oval Ste 210**<br>**Columbus, OH 43219** | | C | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Returned Check**<br>REMARKS: | | | | **$10.00** |
| ACCT #:  **xxxxxxxxxxxx2766**<br>**Portfolio Recvry&affil**<br>**Po Box 182789**<br>**Columbus, OH 43213** | | C | DATE INCURRED:  **11/2010**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$2,577.00** |

Sheet no.  **4**  of  **5**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                **$6,485.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrell Dewayne McFarland**                    Case No.  **11-31961**
     **Ozella Ricks McFarland**                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx8230**<br>**Rjm Acq Llc**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY 11791** | | C | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | $76.00 |
| ACCT #:<br>**T Mobile**<br>**P.O. Box 53410**<br>**Bellevue, WA 98015-3410** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Cell phone service**<br>REMARKS: | | | | $736.91 |
| ACCT #:  **xxxxx6749**<br>**The Bureaus Inc**<br>**1717 Central St**<br>**Evanston, IL 60201** | | C | DATE INCURRED:  **04/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $1,177.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**5**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $1,989.91 |
|---|---|---|
|  | Total > | $31,975.09 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Darrell Dewayne McFarland**          Case No. **11-31961** _____
**Ozella Ricks McFarland**                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Darrell Dewayne McFarland**                                    Case No.   **11-31961**
    **Ozella Ricks McFarland**                                                                (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Darrell Dewayne McFarland**                    Case No. ___**11-31961**___
    **Ozella Ricks McFarland**                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Married** | Relationship(s): daughter<br>    daughter<br>    son<br>    son<br>    daughter | Age(s): 6<br>15<br>14<br>19<br>13 | Relationship(s):  daughter          Age(s): 18 |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Machine Operator | Lab Technician |
| Name of Employer | Houston Chronicle | LabCorp |
| How Long Employed | 15 yrs | 10 years |
| Address of Employer | 801 Texas Avenue<br>Houston, TX 77002 | 508 South Lexington Avenue<br>Burlington, NC 27215 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,216.40 | $2,758.40 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$4,216.40** | **$2,758.40** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $332.86 | $231.12 |
|     b. Social Security Tax | $287.62 | $158.35 |
|     c. Medicare | $0.00 | $39.66 |
|     d. Insurance | $240.50 | $0.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement    401 k    / 401 k | $200.00 | $94.84 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,060.98** | **$523.97** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$3,155.42** | **$2,234.43** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>    that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a. _____ / Memorial Hermann (net) | $0.00 | $758.51 |
|     b. _____ | $0.00 | $0.00 |
|     c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$758.51** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,155.42** | **$2,992.94** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$6,148.36** | |

                                   (Report also on Summary of Schedules and, if applicable,
                                   on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Darrell Dewayne McFarland**                        Case No.  **11-31961**
   **Ozella Ricks McFarland**                                 (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>   a. Are real estate taxes included?  ☑ Yes   ☐ No <br>   b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $350.00 |
|       b. Water and sewer | $75.00 |
|       c. Telephone | $75.00 |
|       d. Other:   cable | $120.00 |
| 3. Home maintenance (repairs and upkeep) | $150.00 |
| 4. Food | $600.00 |
| 5. Clothing | $200.00 |
| 6. Laundry and dry cleaning | $75.00 |
| 7. Medical and dental expenses | $160.00 |
| 8. Transportation (not including car payments) | $430.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $70.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>      a. Homeowner's or renter's <br>      b. Life <br>      c. Health <br>      d. Auto <br>      e. Other: | <br><br><br><br>$288.80 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) <br>      a. Auto: <br>      b. Other:  HOA fees <br>      c. Other:   proposed vehicle payment <br>      d. Other: | <br><br>$53.00<br>$500.00 |
| 14. Alimony, maintenance, and support paid to others:     D McFarland child support | $406.16 |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $585.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, <br>   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,137.96** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Debtors expenses will lower when their 19 year old son moves and 18 year old graduates from high school.** | |

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $6,148.36 |
| b. Average monthly expenses from Line 18 above | $4,137.96 |
| c. Monthly net income (a. minus b.) | $2,010.40 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Darrell Dewayne McFarland**                          CASE NO    **11-31961**
       **Ozella Ricks McFarland**

                                                       CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---|
| cell phones | **$150.00** |
| haircuts & grooming | **$175.00** |
| school lunch & school exspenses | **$260.00** |
| **Total >** | **$585.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Darrell Dewayne McFarland**               Case No.    **11-31961**
       **Ozella Ricks McFarland**

                                                   Chapter     **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $144,853.00 | | |
| B - Personal Property | Yes | 5 | $33,345.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $180,151.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $3,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $31,975.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,148.36 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $4,137.96 |
| | TOTAL | 24 | $178,198.00 | $215,626.37 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **Darrell Dewayne McFarland**
       **Ozella Ricks McFarland**

Case No.  **11-31961**

Chapter  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$6,148.36** |
| Average Expenses (from Schedule J, Line 18) | **$4,137.96** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$7,833.15** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$2,294.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$3,500.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$31,975.09** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$34,269.09** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Darrell Dewayne McFarland**                        Case No.  **11-31961**

     **Ozella Ricks McFarland**                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **26**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **4/7/2011**                        Signature  **/s/ Darrell Dewayne McFarland**

                                                        ***Darrell Dewayne McFarland***


Date  **4/7/2011**                        Signature  **/s/ Ozella Ricks McFarland**

                                                        ***Ozella Ricks McFarland***

                                           [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*