

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
04/29/2016

IN RE:  
Darrell Dewayne McFarland and Ozella Ricks McFarland

CASE NO. 11–31961  
CHAPTER 13

Debtor(s)

# ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*147* – Motion to Deposit Funds into Court Registry. Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 1,045.69  
Owed to: FLEXI

Signed and Entered on Docket: 4/29/16.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.